UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :         **ORDER**
v.                                :
                                  :         16 CR 328-06 (VB)
NORDIA TOMPKINS,                  :
                       Defendant. :
--------------------------------------------------------x

In a letter dated April 13, 2020 (which the Court will separately docket), defendant Nordia Tompkins asks the Court to "reconsider [her] release date" and "grant [her] a second chance" in light of the impact her incarceration has had on her family and on her relationship with her children. Unfortunately, the Court does not have the authority to reduce defendant's sentence on that basis. Moreover, the Court took defendant's family circumstances into account when it sentenced her to 87 months' imprisonment (which was substantially below the applicable Sentencing Guidelines range) upon her conviction for conspiring to distribute and possess with intent to distribute large quantities of heroin in and around Sullivan County, New York. The Court also took into consideration defendant's leadership role in the conspiracy, and the need for the sentence imposed to promote respect for the law and provide just punishment.

The Bureau of Prisons has the authority in limited circumstances to transfer an inmate to home confinement, particularly in light of the current public health crisis. Therefore, Ms. Tompkins may wish to address her request to the Warden of her correctional facility.

Chambers will mail a copy of this Order to defendant at the following address:

Nordia Tompkins
Reg. No. 77676-054
Federal Prison Camp Danbury
33½ Pembroke Road
Danbury, CT  06811

Dated: April 29, 2020
       White Plains, NY

                                            SO ORDERED:

                                            _____
                                            Vincent L. Briccetti
                                            United States District Judge

1